

ADMITTED IN:
NEW YORK,
CONNECTICUT,
WASHINGTON, DC

4 NEW YORK PLAZA
SECOND FLOOR
NEW YORK, NY 10004

(212) 743-6513

FACSIMILE:
(646) 810-3089

CAM@STRACHERLAW.COM

September 28, 2018

**By ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    *Dykstra v. DLP Media Group, LLC et. al.*, (1:18-cv-8148)

Dear Judge Carter:

    Defendants DLP Media Group, LLC, Michael Hughes, and Gregory C. Lake (collectively, "Defendants") respectfully submit this letter to request clarification of the court's September 27, 2018 Order granting Plaintiff's request for an adjournment of the conference previously scheduled for October 3, 2018.

    On September 17, 2018, the parties were ordered to appear for an initial conference on October 3, 2018 [Dkt. 6]. On September 18, 2018, Defendants filed a letter request for a pre-motion conference in connection with a proposed motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure [Dkt 7]. Before the Court ruled on the request for a pre-motion conference, Plaintiff requested, and Defendants consented to, an adjournment of the October 3, 2018 initial conference [Dkt 8]. However, in his letter to the Court seeking adjournment, Plaintiff referred to the October 3, 2018 conference as "a pre-motion conference." [*Id.*] In fact, as noted above, the Court has not yet scheduled a pre-motion conference but, rather, an initial conference. If the Court intends to treat the initial conference now scheduled for November 1, 2018, as a pre-motion conference, however, Defendants are prepared to proceed accordingly. Defendants would appreciate your clarification on this scheduling issue.

                                      Very truly yours,

                                      Cameron Stracher

cc:  Matthew Blit, Esq. (by ECF)