# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▾

| | | |
|---|---|---|
| Dykstra | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  18-cv-8148-ALC |
| DLP Media Group, LLC, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Lenny K. Dykstra

Date:   11/05/2018

*Attorney's signature*

Russell S. Moriarty (RM0224)
*Printed name and bar number*
Levine & Blit PLLC
350 Fifth Ave. Suite 4020
New York NY 10118

*Address*

rmoriarty@levineblit.com
*E-mail address*

(212) 967-3000
*Telephone number*

(212) 967-3010
*FAX number*